CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 10 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TONY D. GRANDISON, | ) |
| Plaintiff, | ) Civil Action No. 7:15-cv-00554 |
| | ) |
| v. | ) **DISMISSAL ORDER** |
| | ) |
| M. BROYLES, *et al*, | ) By: Michael F. Urbanski |
| Defendant(s). | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of November, 2015.

/s/ Michael F. Urbanski
United States District Judge